Núm. 8076.—Pueblo, apldo. v. Rivera, aplte.—C. D. San Juan. Marzo 5, 1940.

(Por la Corte, a propuesta del Juez Presidente Sr. Del Toro.)

Por cuanto, el Fiscal solicitó la desestimación del recurso interpuesto en este caso porque desde el día 4 de abril de 1939 en que fué establecido, el apelante, que se encontraba en libertad bajo fianza, lo había abandonado por completo; y

Por cuanto, notificada la moción al apelante éste se opuso por escrito a la desestimación alegando que su falta de gestión se debió a su desconocimiento de las leyes y reglas aplicables y al hecho de no haber tenido abogado que lo defendiera en el juicio, acompañando una transcripción de la evidencia que no está aprobada por el juez sentenciador; y

Por cuanto, de la certificación unida a la moción de desestimación aparece que el escrito de apelación fué interpuesto por el acusado por su abogado J. Ramírez Viñas y que por tanto en cuanto a la tramitación del recurso contó el apelante con el auxilio de abogado y eso no obstante han transcurrido no ya uno ni tres meses si que once sin que una transcripción que podrá tener alrededor de diez páginas a máquina se haya elevado para perfeccionarlo, habiendo permanecido durante todo ese período la sentencia sin ejecutarse y el acusado en libertad:

Por tanto, siendo clara la falta de gestión dentro de los términos marcados por la ley y las reglas y no pudiendo aceptarse como buena la excusa alegada, debe la moción declararse con lugar y en su consecuencia desestimarse como se desestima el recurso.